IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | | |
|---|---|---|
| **BILLY CHARLES AARON** | * | |
| **ADC #110649,** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 1:02CV00103JLH/JFF |
| | * | |
| **NOLEN,** *et al.,* | * | |
| | * | |
| **Defendants** | * | |

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge John F. Forster, Jr. After careful review of the Proposed Findings and Recommended Disposition, the timely objections received thereto, as well as a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in their entirety. Accordingly, the Court declines to exercise jurisdiction over the supplemental state law claim for defamation, Judgment will be entered on behalf of Defendants Nolen and Lloyd, and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED, this 9th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE